UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE A. LONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:19-cv-00334-AC<br><br><br>ORDER |

　　This social security matter was referred to the undersigned pursuant to Local Rule 302(c)(15). On February 26, 2019, the court issued a scheduling order directing the parties to file by May 27, 2019 an enclosed Consent or Decline form regarding the undersigned's jurisdiction to conduct all proceedings and enter judgment in this case. ECF Nos. 3 at 1; 3.2. The defendant consented to Magistrate Judge jurisdiction. ECF No. 4. However, plaintiff has not yet filed the form indicating whether he consents to the jurisdiction of a magistrate judge.

　　Accordingly, plaintiff is ORDERED to file his Consent or Decline form no later than June 26, 2019.

DATED: June 11, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE