**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TYRONE LONG**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **TYRONE LONG,** | No.   2:19-CV-00334-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 27, 2019.

This is a first extension based on plaintiff's counsel's need to finish other briefing and arrange time to file motions in cases where the record was served at or near the same time.

[Pleading Title] - 1

Dated: August 6, 2019                                 /s/    *Jesse S. Kaplan*
                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff


                                                      McGREGOR W. SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Regional Counsel, Region IX
                                                      Social Security Administration


Dated: August 6, 2019                                   */s/ per e-mail authorization*
                                                      MICHAEL MARRIOTT
                                                      Special Assistant U.S. Attorney
                                                      Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 27, 2019.

SO ORDERED.

Dated: August 7, 2019

                                                      ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE