McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TYRONE A. LONG,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:19-cv-00334-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment. Because of the undersigned's workload and upcoming absence from the office due to a wedding attendance, this case is being transferred to a colleague. The undersigned respectfully requests this extra time for the new attorney to review the lengthy certified administrative record and Plaintiff's MSJ, in order to present a complete response.

1

The new due date for Defendant's MSJ will be Monday, December 2, 2019.

Respectfully submitted,

Date: *October 30, 2019*  By: */s/ Jesse S. Kaplan**
JESSE S. KAPLAN
*\* By email authorization on October 30, 2019*
Attorney for Plaintiff

Date: *October 30, 2019*  McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: October 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE