1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JENNIFER A. KENNEY, CSBN 241625
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
6          San Francisco, California 94105
           Telephone: (415) 977-8945
7          Facsimile: (415) 744-0134
           E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TYRONE LONG, | Case No.: 2:19-CV-00334-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF 14 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE HIS CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ANDREW SAUL, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a brief extension of time of 14 days to respond to Plaintiff's Motion for Summary Judgment and file his Cross-Motion for Summary Judgment. Defendant's counsel was recently reassigned this case and is juggling several other imminent district court briefing deadlines, including five others that are due the same week as the response in the instant case. This extension will provide the additional time needed to adequately research the issues presented in this case. The current due date is December 2, 2019. The new due date will be December 16, 2019.

Stip. & Prop. Order to Extend 2:19-CV-00334-AC        1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 2, 2019
/s/ Jesse S. Kaplan
(as authorized by email on Dec. 2, 2019)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: December 2, 2019
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: December 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE