McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TYRONE LONG, | Case No.: 2:19-CV-00334-AC |
| Plaintiff, | MOTION FOR LEAVE TO EXCEED 20-PAGE LIMIT FOR CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ANDREW SAUL, | |
| Defendant. | |

DEFENDANT HEREBY MOVES, through his respective counsel of record, for leave to exceed the 20-page limit for his Cross-Motion for Summary Judgment. Additional pages are respectfully requested so that Defendant may provide the requisite factual summary of the record in this case, which is over 1500 pages, and to respond fully to the five separate issues Plaintiff has presented in his Motion for Summary Judgment. Further, Defendant's counsel sincerely apologizes for not submitting this motion for leave prior to the filing of the Cross-Motion for Summary Judgment as she was under the mistaken impression the page limit was 35 pages. This

is an error that will not be repeated.  Defendant respectfully requests the Court permit the filing of the Cross-Motion for Summary Judgment in excess of the page limit.

Respectfully submitted,

Dated: December 17, 2019        MCGREGOR SCOTT

United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By:    /s/ *Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: December 18, 2019        _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE