**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TYRONE LONG**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

| | |
|---|---|
| **TYRONE LONG,** | No.    **2:19-CV-00334-AC** |
| **Plaintiff,** | |
| | **MOTION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

Plaintiff TYRONE LONG moves the Court for an order extending his time to file a reply

brief to January 17, 2020.

This would be a first extension for this reply brief. Plaintiff apologizes for not having

sought a stipulation from opposing counsel --- which, considering that said counsel's cross-

motion to which plaintiff must reply is 41 pages, likely would have been granted. But today is a

Monday, and plaintiff's counsel is, among other things, drafting both a motion for summary

judgment in another Social Security case due tomorrow and a prehearing brief in a third, and

besides being a Monday, it is the Monday of the first full week after the Christmas-New Year's holidays, and for instance, counsel also had to produce three prehearing briefs last Thursday. Given these other demands and the extreme length of defendant's cross-motion, counsel intended to seek this extension but did not realize this was due today until too late to seek agreement. The foregoing also explains the reasons for this request.

Dated:     January 6, 2020

/s/     *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

TYRONE LONG,                                          No.   2:19-CV-00334-AC

                Plaintiff,

                                        **MOTION AND [~~proposed~~]**
**ORDER FOR EXTENSION OF**
**TIME TO FILE PLAINTIFF'S**
    v.                                **MOTION FOR SUMMARY**
Andrew Saul,                        **JUDGMENT**
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____/


     For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a reply brief is extended to January 17, 2020.

     SO ORDERED.

Dated: January 7, 2020

                                 _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE